CAPIAS. Warrant

NO 2131

STATE OF MISSISSIPPI,
COUNTY OF LEFLORE.

To The Sheriff of Said County—GREETING:

We command You To Take the Body of J W Milam, Roy Bryant, and Mrs Roy Bryant if to be found in your County, and safely keep, so that you have him before our County Court, at the court room thereof, in the City of Greenwood, on the ~~Second Monday of~~ Instanter 19......, then and there to answer the State of Mississippi on a charge of Kidnapping

Herein fail not, and have then and there this Writ.

Witness my signature with the seal of said Court, this 29 day of August, 19 55.

Martha _____, Clerk.

D. C.



EXHIBIT A