**NO BILL/REMAND CONTINUED LIST**  JULY 2022 GRAND JURY TERM  **CASES PRESENTED AUGUST 4, 2022**

| | DEFENDANT | CHARGE | AGENCY | INV. | RESULT |
|---|---|---|---|---|---|
| | Carolyn Bryant Donham | Ct: 1- Kidnapping<br>Ct: 2- Manslaughter | | | No Bill<br>No Bill |

Names with ** have another case with a different status** See other List

EXHIBIT B