IN THE COUNTY COURT OF LEFLORE COUNTY, MISSISSIPPI

AUGUST 1955 TERM

2/3/

AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF LEFLORE

In the name and by the authority of the State of Mississippi, I, John J. Fraiser, Jr., County Prosecuting Attorney in and for Leflore County, in said State, being duly authorized to inform this court of offenses committed within said County and State, after having at first been duly sworn, come now and hereby inform the court that Roy Bryant, Mrs. Roy Bryant, and J. W. Milam in the County and State aforesaid on the 29th day of August, 1955, did then and there willfully, unlawfully and feloniously and without lawful authority, forcibly seize and confine and kidnap Emmitt Lewis Till, a human being, with the willful, unlawful and felonious intent then and there to cause said Emmitt Lewis Till to be secretly confined or imprisoned against his, the said Emmitt Lewis Till's will, and against the peace and dignity of the State of Mississippi.

_____
County Prosecuting Attorney

Sworn to and subscribed before me on this 29th day of August, A.D., 1955.

_____

EXHIBIT C