NO. 2131

## CAPIAS
### COUNTY COURT OF LEFLORE COUNTY, MISS.

The State of Mississippi

vs.

_____

_____

Issued this _____ day of _____ 19____

G. S. PATE, Clerk.

By _____, D. C.

Rec'd _____ day of _____ 19____

_____ Sheriff

By _____ D. S.

E. & R. _____

Execution _____

I have this day executed the within writ by arresting the within named J. W. Milam, Roy Bryant and placing him in the County Jail This 2? day of Sept, 1955

Geo Smith, Sheriff

By _____ D. S.

Mrs Roy Bryant not found in my County.

Geo Smith

