IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PRISCILLA STERLING, ON BEHALF OF
EMMETT LOUIS TILL                                                                 PLAINTIFF

v.                                                                                        CAUSE NO. 4:23-CV-28-SA-DAS

SHERIFF RICKY BANKS IN HIS
INDIVIDUAL CAPACITY AND OFFICIAL
CAPACITY AS THE CHIEF LAW
ENFORCEMENT OFFICER OF LEFLORE
COUNTY, MISSISSIPPI                                                            DEFENDANT

ORDER OF DISMISSAL

The Plaintiff has filed a Motion to Dismiss [11], requesting that the Court "dismiss this Complaint with prejudice[.]" [11] at p. 1. The Motion [11] is GRANTED. The Plaintiff's claims are dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 5th day of May, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE